# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 13, 2006

132115

PATRICK MORANT,
      Plaintiff-Appellee,

v

G & S TRANSPORTATION, INC.,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132115
COA: 268503
Wayne CC: 04-421256-NI

On order of the Court, the application for leave to appeal the August 17, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of the limitations contained in MCR 2.603(D)(1) – (3), 2.612(C)(1) and (2), and 2.119(D)(3).

KELLY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 13, 2006

             Clerk

p1206